Frank E. Cooper, as Trustee in Bankruptcy of John L. Miller, Respondent, *v.* John L. Miller et al., Appellants.

Submitted June 12, 1944; decided June 14, 1944.

*Morris L. Wolf* for motion.

*Kenneth W. Greenwalt* for appellants.

Motion granted and appeal dismissed, without costs.